### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Paul Sarknas <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 14-20750 GLT |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

Re: Loan # Ending In: 2328

                                                      Respectfully submitted,

                                                      **/s/ Joshua I. Goldman, Esquire**
                                                      Joshua I. Goldman, Esquire
                                                      jgoldman@kmllawgroup.com
                                                      Attorney I.D. No. 205047
                                                      KML Law Group, P.C.
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA 19106
                                                      Phone: 215-825-6306
                                                      Fax: 215-825-6406
                                                      Attorney for Movant/Applicant