**Form 213**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Paul Sarknas**
   Debtor(s)

Bankruptcy Case No.: 14–20750–GLT
Related to Docket No. 140
Chapter: 13
Docket No.: 141 – 140
Concil. Conf.: May 11, 2017 at 09:00 AM

### ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 11, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 23, 2017

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## <u>INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT</u>

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-20750-GLT
Paul Sarknas                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak          Page 1 of 3          Date Rcvd: Feb 23, 2017
                              Form ID: 213         Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
```
db          +Paul Sarknas,   1152 Pennsbury Blvd.,   Pittsburgh, PA 15205-1636
13803080    +ARSI,   555 St. Charles Drive, Suite 100,   Thousand Oaks, CA 91360-3983
13803081    +Beneficial/Household Finance Co.,   PO Box 3425,   Buffalo, NY 14240-3425
13818703     Beneficial/Household Finance Co.,   PO Box 4153-K,   Carol Stream, IL 60197-4153
13803082    +Borough of Pennsbury Village/Montour SD,   c/o Goehring, Rutter & Boehm,
              437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
13818704    ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   P.O. Box 9001897,   Louisville, KY 40290-1897)
13803088    +CITI,   PO Box 6241,   Sioux Falls, SD 57117-6241
13834695     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
13803084     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
              Charlotte, NC 28272-1083
13803085     Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
13803087    +Chrysler Financial,   4600 Touchton Rd. Suite 400 Bldg. 200,   Jacksonville, FL 32246-8299
13803091     CitiMortgage, Inc. S/B/M,   Amro Mortgage Group, Inc.,   CitiMortgage, Inc.,   P O Box 6030,
              Sioux Falls, SD 57117-6030
13818705     Citifinancial,   PO Box 70923,   Charlotte, NC 28272-0923
13803089     Citifinancial,   PO Box 6931,   The Lakes, NV 88901-6931
13803090     Citimortgage,   Po Box 183040,   Columbus, OH 43218-3040
13818706     Citimortgage,   P.O. Box 6030,   Sioux Falls, SD 57117-6030
13803093    +ConsultUSA,   c/o Mark Balish,   634 Alpha Drive,   Pittsburgh, PA 15238-2802
13803094     DCFS Trust,   Trustee Payment Dept.,   P.O. Box 9001897,   Louisville, Kentucky 40290-1897
13803095     Duquesne Light Company,   c/o Peter J. Ashcroft, Esquire,   Bernstein Law Firm, P.C.,
              Suite 2200, Gulf Tower,   Pittsburgh, PA 15219
13803098    +ER Solutions,   800 SW 39th St.,   PO Box 9004,   Renton, WA 98057-9004
13803097    +Eastern Account System of Connecticut,   P.O. Box 837,   Newtown, CT 06470-0837
13818707    +Eastern Account System of Connecticut,   75 Glen Road, Suite 1110,   Sandy Hock, CT 06482-1175
13803099    +HSBC Bank,   PO Box 81622,   Salinas, CA 93912-1622
13803100    +HSBC Bank Nevada, N.A.,   PO Box 12907,   Norfolk VA 23541-0907
13818708    +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
              Norfolk VA 23541-0907
13803103    +Jordan Tax Service,   102 Rahway Road,   McMurray, PA 15317-3349
13803104    +Leech Tishman Fuscaldo & Lampl, LLC,   Citizens Bank Building,   30th Floor,
              525 William Penn Place,   Pittsburgh, PA 15219-1728
13803105    +Legal Action Department,   A.R. Building Company,   PO Box 828,   Mars, PA 16046-0828
13803106    +Michael Betts, Esquire,   1380 Old Freeport Road,   Suite 3A,   Pittsburgh, PA 15238-3127
13803109    +Montour SD/Boro of Pennsbury Village,   c/o Goehring Rutter & Boehm,
              437 Grant Street 14th Floor,   Pittsburgh PA 15219-6101
14365853    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   Nationstar Mortgage LLC,   PO Box 619096,
              Dallas, TX 75261-9741)
13818709     Pennsbury Village Condo. Assn.,   Pennsbury Village Condominium Assn,   Atn Tiffany Solomon,
              Stevenson Williams,   Washington Road,   Pittsburgh, PA 15238
13803111    +Pennsbury Village/Montour SD,   c/o Goehring Rutter & Boehm,   437 Grant Street 14th Floor,
              Pittsburgh PA 15219-6101
13803113     Rackspace Hosting,   PO Box 730759,   Dallas, TX 75373-0759
13803114    +Tom Davis,   517 Federal Avenue E,   Seattle, WA 98102-5013
13803115    +Verizon,   404 Brock Drive,   Bloomington, IL 61701-2654
13803116     Verizon,   P.O. Box 3037,   Bloomington, IL 61702-3037
13803118    +Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13853581     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2017 01:39:45
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
13803083    +E-mail/Text: notices@burt-law.com Feb 24 2017 01:37:27    Burton Neil & Associates, P.C.,
              1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
13803092     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:36:56    Commonwealth of Pennsylvania,
              Department of Revenue,   PO Box 280946,   Bankruptcy Division,   Harrisburg, PA 17128-0496
13890287    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 24 2017 01:37:31    Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
              Pittsburgh, PA 15219-1908
13803096    +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:33:36
              East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
              Greenville, SC 29602-0288
13803101     E-mail/Text: bankruptcy@icsystem.com Feb 24 2017 01:37:17    IC Systems,   444 Highway 96 E,
              Saint Paul, MN 55127-2557
13803102    +E-mail/Text: cio.bncmail@irs.gov Feb 24 2017 01:36:40    Internal Revenue Service,
              1000 Liberty Avenue, Room 705,   Pittsburgh, PA 15222-4014
13888383     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:33:34
              LVNV Funding, LLC its successors and assigns as,   assignee of CR Evergreen II, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13803107    +E-mail/Text: bankruptcydpt@mcmcg.com Feb 24 2017 01:37:00    Midland Credit Management,
              8875 Aero Drive,   San Diego, CA 92123-2255
```

District/off: 0315-2          User: ctak              Page 2 of 3            Date Rcvd: Feb 23, 2017
                             Form ID: 213             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13803108          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2017 01:39:45     Midland Funding LLC,
                  Attn: Department 1,   PO Box 4457,   Houston, TX 77210-4457
13803112          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2017 01:45:46
                  Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
13818710          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2017 01:57:08
                   PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
                   Norfolk VA 23541-0914
13803110          E-mail/Text: recovery@paypal.com Feb 24 2017 01:36:30     PayPal Inc,   PO Box 45950,
                  Omaha NE 68145-0950
13808169          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:36:56
                  Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                         TOTAL: 14

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Borough of Pennsbury Village
cr                Duquesne Light Company
cr                Montour School District
cr                NATIONSTAR MORTGAGE LLC
cr                NATIONSTAR MORTGAGE LLC
cr                Pennsbury Village Condominium Association
13824892          Pennsbury Village Condominium Association,   Attn: Tiffany Watkins,
                  Stevenson, Williams Management Company,,   666 Washington Road, Pittsburgh, PA 1522
cr*               CITIMORTGAGE, INC.,   PO Box 6030,   Sioux Falls, SD  57117-6030
13803086*         ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
                  (address filed with court: Chrysler Financial,   PO Box 9223,   Farmington, MI 48333-9223)
13829148*         CITIMORTGAGE, INC.,   PO Box 6030,   SIOUX FALLS, SD 57117-6030
13803117          ##Verizon Wireless,   P.O. Box 3397,   Bloomington, IL 61702-3397
                                                                              TOTALS: 7, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          Jeffrey R. Hunt   on behalf of Creditor   Montour School District jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Pennsbury Village jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jerome B. Blank   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com
          Joseph P. Schalk   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com,
          joseph.schalk@phelanhallinan.com
          Joshua I. Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kenya Deneen Bates   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com
          Michael S. Geisler   on behalf of Debtor Paul  Sarknas m.s.geisler@att.net,
          msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2          User: ctak              Page 3 of 3             Date Rcvd: Feb 23, 2017
                             Form ID: 213             Total Noticed: 52

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
              rive.com
          Peter J. Ashcroft   on behalf of Creditor    Pennsbury Village Condominium Association
              pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
              rive.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                 TOTAL: 13