Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Paul Sarknas** | : | Case No. 14–20750–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 140 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **2nd day of May, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-20750-GLT
Paul Sarknas                                                                    Chapter 13
       Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0315-2           User: dbas                  Page 1 of 3                  Date Rcvd: May 02, 2017
                               Form ID: 309                Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
```
db         +Paul Sarknas,    1152 Pennsbury Blvd.,    Pittsburgh, PA 15205-1636
13803080   +ARSI,    555 St. Charles Drive, Suite 100,    Thousand Oaks, CA 91360-3983
13803082   +Borough of Pennsbury Village/Montour SD,    c/o Goehring, Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
13803091    CitiMortgage, Inc. S/B/M,    Amro Mortgage Group, Inc.,    CitiMortgage, Inc.,    P O Box 6030,
             Sioux Falls, SD 57117-6030
13818705    Citifinancial,    PO Box 70923,    Charlotte, NC 28272-0923
13818706    Citimortgage,    P.O. Box 6030,    Sioux Falls, SD 57117-6030
13803093   +ConsultUSA,    c/o Mark Balish,    634 Alpha Drive,    Pittsburgh, PA 15238-2802
13803095    Duquesne Light Company,    c/o Peter J. Ashcroft, Esquire,    Bernstein Law Firm, P.C.,
             Suite 2200, Gulf Tower,    Pittsburgh, PA 15219
13803097   +Eastern Account System of Connecticut,    P.O. Box 837,    Newtown, CT 06470-0837
13818707   +Eastern Account System of Connecticut,    75 Glen Road, Suite 1110,    Sandy Hock, CT 06482-1175
13803100   +HSBC Bank Nevada, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13818708   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
13803103   +Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13803104   +Leech Tishman Fuscaldo & Lampl, LLC,    Citizens Bank Building,    30th Floor,
             525 William Penn Place,    Pittsburgh, PA 15219-1728
13803105   +Legal Action Department,    A.R. Building Company,    PO Box 828,    Mars, PA 16046-0828
13803106   +Michael Betts, Esquire,    1380 Old Freeport Road,    Suite 3A,    Pittsburgh, PA 15238-3127
13803109   +Montour SD/Boro of Pennsbury Village,    c/o Goehring Rutter & Boehm,
             437 Grant Street 14th Floor,    Pittsburgh PA 15219-6101
14365853  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage LLC,    Nationstar Mortgage LLC,    PO Box 619096,
             Dallas, TX 75261-9741)
13818709    Pennsbury Village Condo. Assn.,    Pennsbury Village Condominium Assn,    Atn Tiffany Solomon,
             Stevenson Williams,    Washington Road,    Pittsburgh, PA 15238
13803111   +Pennsbury Village/Montour SD,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
             Pittsburgh PA 15219-6101
13803113    Rackspace Hosting,    PO Box 730759,    Dallas, TX 75373-0759
13803114   +Tom Davis,    517 Federal Avenue E,    Seattle, WA 98102-5013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13853581    EDI: AIS.COM May 03 2017 00:53:00      American InfoSource LP as agent for,    Verizon,
             PO Box 248838,    Oklahoma City, OK   73124-8838
13803081   +EDI: HFC.COM May 03 2017 00:53:00      Beneficial/Household Finance Co.,    PO Box 3425,
             Buffalo, NY 14240-3425
13818703    EDI: HFC.COM May 03 2017 00:53:00      Beneficial/Household Finance Co.,    PO Box 4153-K,
             Carol Stream, IL 60197-4153
13803083   +E-mail/Text: notices@burt-law.com May 03 2017 01:03:39      Burton Neil & Associates, P.C.,
             1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
13818704    EDI: CHRYSLER.COM May 03 2017 00:53:00      Chrysler Financial,    P.O. Box 9001897,
             Louisville, KY 40290-1897
13803086    EDI: CHRYSLER.COM May 03 2017 00:53:00      Chrysler Financial,    PO Box 9223,
             Farmington, MI 48333-9223
13803088   +EDI: CITICORP.COM May 03 2017 00:53:00      CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
13834695    EDI: CAPITALONE.COM May 03 2017 00:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC  28272-1083
13803084    EDI: CAPITALONE.COM May 03 2017 00:53:00      Capital One Bank (USA), N.A.,
             by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
13803085    EDI: CAPITALONE.COM May 03 2017 00:53:00      Capital One Bank USA NA,    PO Box 30281,
             Salt Lake City, UT 84130-0281
13803087   +EDI: CHRYSLER.COM May 03 2017 00:53:00      Chrysler Financial,
             4600 Touchton Rd. Suite 400 Bldg. 200,    Jacksonville, FL 32246-8299
13803089    EDI: CIAC.COM May 03 2017 00:53:00      Citifinancial,    PO Box 6931,    The Lakes, NV 88901-6931
13803090    EDI: CIAC.COM May 03 2017 00:53:00      Citimortgage,    Po Box 183040,    Columbus, OH 43218-3040
13803092    E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2017 01:03:07       Commonwealth of Pennsylvania,
             Department of Revenue,    PO Box 280946,    Bankruptcy Division,    Harrisburg, PA 17128-0496
13803094    EDI: CHRYSLER.COM May 03 2017 00:53:00      DCFS Trust,    Trustee Payment Dept.,
             P.O. Box 9001897,    Louisville, Kentucky 40290-1897
13890287   +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM May 03 2017 01:03:44       Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1908
13803098   +EDI: CONVERGENT.COM May 03 2017 00:53:00      ER Solutions,    800 SW 39th St.,    PO Box 9004,
             Renton, WA 98057-9004
13803096   +EDI: RESURGENT.COM May 03 2017 00:53:00      East Bay Funding, LLC,
             c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13803099   +EDI: HFC.COM May 03 2017 00:53:00      HSBC Bank,    PO Box 81622,    Salinas, CA 93912-1622
13803101    EDI: IIC9.COM May 03 2017 00:53:00      IC Systems,    444 Highway 96 E,
             Saint Paul, MN 55127-2557
13803102    EDI: IRS.COM May 03 2017 00:53:00      Internal Revenue Service,    1000 Liberty Avenue, Room 705,
             Pittsburgh, PA 15222-3714
```

```
District/off: 0315-2          User: dbas              Page 2 of 3              Date Rcvd: May 02, 2017
                              Form ID: 309            Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13888383        EDI: RESURGENT.COM May 03 2017 00:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CR Evergreen II, LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13803107       +EDI: MID8.COM May 03 2017 00:53:00      Midland Credit Management,    8875 Aero Drive,
                 San Diego, CA 92123-2255
13803108        EDI: AIS.COM May 03 2017 00:53:00      Midland Funding LLC,    Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
13803112        EDI: PRA.COM May 03 2017 00:53:00      Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk VA 23541
13818710       +EDI: PRA.COM May 03 2017 00:53:00      PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,   Norfolk VA 23541-0914
13803110        E-mail/Text: recovery@paypal.com May 03 2017 01:02:42      PayPal Inc,   PO Box 45950,
                 Omaha NE 68145-0950
13808169        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2017 01:03:07
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13803116        EDI: VERIZONEAST.COM May 03 2017 00:53:00      Verizon,   P.O. Box 3037,
                 Bloomington, IL 61702-3037
13803115       +EDI: VERIZONCOMB.COM May 03 2017 00:53:00      Verizon,   404 Brock Drive,
                 Bloomington, IL 61701-2654
13803117        EDI: VERIZONWIRE.COM May 03 2017 00:53:00      Verizon Wireless,   P.O. Box 3397,
                 Bloomington, IL 61702-3397
13803118       +EDI: VERIZONWIRE.COM May 03 2017 00:53:00      Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                               TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Pennsbury Village
cr              Duquesne Light Company
cr              Montour School District
cr              NATIONSTAR MORTGAGE LLC
cr              NATIONSTAR MORTGAGE LLC
cr              Pennsbury Village Condominium Association
13824892        Pennsbury Village Condominium Association,   Attn: Tiffany Watkins,
                 Stevenson, Williams Management Company,,   666 Washington Road, Pittsburgh, PA 1522
cr*             CITIMORTGAGE, INC.,    PO Box 6030,   Sioux Falls, SD 57117-6030
13829148*       CITIMORTGAGE, INC.,    PO BOX 6030,   SIOUX FALLS, SD 57117-6030
                                                                                       TOTALS: 7, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Pennsbury Village jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kenya Deneen Bates    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com
```

```
District/off: 0315-2           User: dbas              Page 3 of 3            Date Rcvd: May 02, 2017
                               Form ID: 309            Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael S. Geisler    on behalf of Debtor Paul  Sarknas m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Peter J. Ashcroft    on behalf of Creditor    Pennsbury Village Condominium Association pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                        TOTAL: 13