**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAUL SARKNAS

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　vs.
No Repondents.

Case No.:14-20750 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 02/28/2014  and confirmed on 08/22/2014 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 52,144.88 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,144.88 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,205.00 | |
| 　Trustee Fee | 1,973.73 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,178.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3513 | | | | |
| 　CITIMORTGAGE(*) | 14,103.07 | 14,103.07 | 0.00 | 14,103.07 |
| 　　Acct: 3513 | | | | |
| 　NATIONSTAR MORTGAGE LLC(*) | 0.00 | 7,996.11 | 0.00 | 7,996.11 |
| 　　Acct: 2328 | | | | |
| 　CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 3513 | | | | |
| 　PENNSBURY VILLAGE CONDO ASSN(*) | 2,039.88 | 1,409.02 | 248.54 | 1,657.56 |
| 　　Acct: 4403 | | | | |
| 　INTERNAL REVENUE SERVICE* | 12,728.00 | 12,728.00 | 509.73 | 13,237.73 |
| 　　Acct: 4403 | | | | |
| 　MONTOUR SD & PENNSBURY VILLAGE (EI | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 1657 | | | | |
| 　PA DEPARTMENT OF REVENUE* | 5,651.21 | 5,651.21 | 226.33 | 5,877.54 |
| 　　Acct: XXX4403 | | | | |
| | | | | 42,872.01 |

Priority

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | PAUL SARKNAS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MICHAEL S GEISLER ESQ<br>Acct: | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| | MICHAEL S GEISLER ESQ<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | MICHAEL S GEISLER ESQ<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX1-16 | 5,150.00 | 5.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 4403 | 45,730.27 | 4,021.83 | 0.00 | 4,021.83 |
| | PA DEPARTMENT OF REVENUE*<br>Acct: XXX4403 | 822.31 | 72.31 | 0.00 | 72.31 |
| | MONTOUR SD & PENNSBURY VILLAGE (EI<br>Acct: XXXXXX6-11 | 5,202.63 | 0.00 | 0.00 | 0.00 |
| | CITIMORTGAGE(*)<br>Acct: 3513 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 4,094.14 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY*<br>Acct: 2007 | 468.05 | 0.00 | 0.00 | 0.00 |
| | ARSI<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | BENEFICIAL/HFC(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK NA**<br>Acct: 2549 | 1,536.32 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE BANK NA**<br>Acct: 9546 | 962.36 | 0.00 | 0.00 | 0.00 |
| | CITIBANK NA(*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CITIFINANCIAL INC (NON-RE*)<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | CONSULT USA<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | LVNV FUNDING LLC, ASSIGNEE<br>Acct: 4871 | 8,082.56 | 0.00 | 0.00 | 0.00 |
| | EASTERN ACCOUNT SYSTEM<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | ER SOLUTIONS INC++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 8177 | 1,596.24 | 0.00 | 0.00 | 0.00 |
| | IC SYSTEM INC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | INTERNAL REVENUE SERVICE*<br>Acct: 4403 | 7,368.26 | 0.00 | 0.00 | 0.00 |
| | LEECH TISHMAN ET AL LLC<br>Acct: X0510 | 12,679.16 | 0.00 | 0.00 | 0.00 |
| | LEGAL ACTION DEPT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| | PAYPAL INC<br>Acct: 8838 | 532.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    RACKSPACE HOSTING | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    TOM DAVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: ? | | | | |
|    AMERICAN INFOSOURCE LP AGENT FOR V | 111.22 | 0.00 | 0.00 | 0.00 |
|       Acct: 0002 | | | | |
|    AMERICAN INFOSOURCE LP AGENT FOR V | 191.49 | 0.00 | 0.00 | 0.00 |
|       Acct: 0001 | | | | |
|    PA DEPARTMENT OF REVENUE* | 204.64 | 0.00 | 0.00 | 0.00 |
|       Acct: XXXXXXXXXXX4403 | | | | |
|    AMERICAN INFOSOURCE LP AGENT FOR V | 95.03 | 0.00 | 0.00 | 0.00 |
|       Acct: 0003 | | | | |
|    JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

*** N O N E ***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 46,966.15 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 51,755.21 |
| SECURED | 34,522.16 |
| UNSECURED | 33.827.33 |

Date: 06/14/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com